1364

Vernon Price-Williams, Plaintiff in Error, v. The Aetna Casualty & Surety Company, Defendant in Error.

*Stapp, Gourley, Vining & Ward* for Plaintiff in Error.

P. Tomasello, Jr., as Receiver of Cocoa Bank & Trust Company, Appellant, v. Curtis Ireland, et al., Appellees.

*Shepard & Wahl,* for Appellants.

State ex rel. Meter Service Corporation, Plaintiff in Error, v. City of Miami, et al., Defendants in Error.

*Louis J. Hamel,* for Plaintiff in Error;

*J. W. Watson Jr.,* for Defendant in Error.